```
U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

AUG 2 4 2005

RECEIVED
```

# Notice of Appeal

Notice of Appeal to a Court of Appeal from
A Judgment or Order of a District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRINCETON HUMMINGWAY
By Birth: Sidi MOHAMMED
EL 'HALABI EL 'KETTANI

Suite 7                                                                  1:05-cv-01633 *UNA*
3863 PROSPECT AVENUE
CULVER CITY, CA 90323
(323) 302-4459                                                           **Notice of Appeal**

Mailing Address:
P.O. BOX 341225
LOS ANGELES, CA 90034

     Plaintiff,

v.

UNITED STATES OF AMERICA
("USA"), et al

     Defendants,

AND DEFENDANTS U.S. DEPARTMENT OF
JUSTICE - U.S.ATTORNEY'S OFFICE (EASTERN
CALIFORNIA - SACRAMENTO), FEDERAL
BUREAU OF INVESTIGATION, FEDERAL PUBLIC
DEFENDER ORGANIZATION, UNITED STATES
PROBATION'S OFFICE (E/C-D - CALIF.), BEVERLY
HILLS POLICE DEPARTMENT-DETECTIVE
DIVISION, PAROLEE TRANSITIONAL LIVING
CENTER (PTLC), RING AND GREEN LAW FIRM,
UNITED STATES DISTRICT COURT (E.D. CALIF.),
MacLATCHY CORPORATION-SACRAMENTO BEE
NEWSPAPERS, AMERICAN CITY BUSINESS
JOURNAL'S CORPORATE OFFICE (E.D. CALIF.),
FEDERAL BUREAU OF PRISONS, CALIFORNIA
DEPARTMENT OF JUSTICE, DOJ-BOP-SOUTH
CENTRAL REGIONAL OFFICE, DOJ-BOP-
WESTERN REGIONAL OFFICE, WAKENHUT
CORPORATION-TAFT CORRECTIONAL INSTITUTION,
FEDERAL MEDICAL CENTER, FEDERAL TRANSFER
CENTER, SACRAMENTO COUTY JAIL, AND THE
PRESIDENT OF THE UNITED STATES, GEORGE W.

WESTERN REGIONAL OFFICE, WAKENHUT
CORPORATION-TAFT CORRECTIONAL INSTITUTION,
FEDERAL MEDICAL CENTER, FEDERAL TRANSFER
CENTER, SACRAMENTO COUTY JAIL, AND THE
PRESIDENT OF THE UNITED STATES, GEORGE W.
BUSH, INDIVIDUALLY AND AS AGENTS, OFFICERS
AND OF THE UNIED STATES, AND AGENTS OFFICERS
AND EMPLOYEES -- ENTITIES, OR CORPORATIONS
OF THE UNITED STATES, WHOSE NAMES ARE
UNKNOWN AT THIS TIME ... ( See Page _____ for
Names and Addresses of Defendants )

      and Does (1-26), Inclusive,

    Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Notice is hereby given that Princeton Hummingway, Plaintiff in the above

referenced case, *hereby appeal to the United States Court of Appeals for the District of

Columbia Circuit from an Order of a District Court in a 'Civil Action' entered on the 11th

day of August, 2005, at Washington, D.C. , by United States District Judge Recardo SN

E_____ ...

**Summary**

On 4, April, 2005, Plaintiff Princeton Hummingway filed a 'Civil Complaint

against Defendants United States of America -- specifically, against the Department of

Justice, Federal Bureau of Investigation, Federal Bureau of Prisons, the U.S. Attorney's

Office in Sacramento, the Federal Public Defender Organization, the U.S. District Court

for the Eastern District of California ( where Plaintiff was unjustly convicted and falsely

imprisoned for more than Four-Years ), the Sacramento County Sheriff's Department in

Sacramento, California ( where Plaintiff was maltreated while held in Pre-Trial detention

for almost thirteen months without Bail ), the Wackenhut Corrections Corporation-Taft Correctional Institution, in Taft, California ( where Plaintiff was maltreated while held in 'Solitary Confinement' for nearly 65-days ), the Federal Medical Center, Fort Worth, Texas ( where Plaintiff was maltreated while held in 'Punitive Segregation' -- Solitary Confinement for almost Fourteen (14) Months, and without even the basic necessities such as 'paper' ), the Federal Transfer Center, in Oklahoma City, Oklahoma, and Agents, Officers, or Employees of the United States, including "John Does" 1-180 (representing supervisors of the above named agents and unknown Department of Justice, Bureau of Prisons, and Officials of other agencies coordinating the activities discussed in the Plaintiff's **'Civil Complaint -- Civil rights Complaint, and Plaintiff's First Amended Complaint'** . . . . ( Jury Demand; Attachments (bm) (Not Found)

On 7, July, 2005, Plaintiff refilled his Civil Rights Complaint against the United Stateses – U.S. Department of Justice, et al; Jury Demand; Attachment (bm) (Returned unfilled.

On 5, August, 2005, Plaintiff refiled his 'Civil Rights Complaint' **under Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,** alleging gross violations of his Constitutional Rights.

On 11, August, 2005, the United States District Court for the District of Columbia issued a 'Memorandum Opinion dismissing the Plaintiff's Civil Complaint on the ground that the complaint did not comply with Rule 8-10 of the Federal Rules of Civil Procedure.

---

1) Should plaintiff refile this action, any pleading must comply with Rule 8-10 of the Federal Rules of Civil Procedure. ( Court's 11, August, 2005 Dismissal Order)

The Court, however, GRANTED the Plaintiff's Application to proceed in forma pauperis., ( Civil Action No. 05-1633).

Respectfully submitted,

PRINCETON HUMMINGWAY
Plaintiff Pro Se

Dated and Signed this 19th day of August, 2005

Enclosures:

## CERTIFICATE OF SERVICE

I Princeton Hummingway, hereby certify that on the 22nd day of Augus, 2005, a copy of the forgoing and attached Plaintiff's '**Notice of Appeal**' was served by the U.S. Mail to the persons hereinafter named at the place and address stated below, which is the last known address: Office of the Clerk, United States Court District Court for the District of Columbia, 333 Constitutional Avenue, N.W., Washington, DC, 20001 Office of the Clerk, United States Court of Appeals for the District of Columbia Circuit; the E. Barrett Prettyman United States Courthouse, 333 Constitutional Avenue, N.W. (Room 5423), Washington, D.C. 20001; Theodore B. Olson, Solicitor General of the United States, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20535.

PRINCETON HUMMINGWAY

4